true

3

United States District Court
Southern District of Texas
FILED

FEB 1 5 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-00-166 |
| Pedro Manuel Yzaguirre, Jr. | § | |

MOTION FOR CONTINUANCE
AND MEMORANDUM

The United States of America moves to continue the pretrial conference scheduled for February 20, 2001.

1. The United States has obtained service on the defendant February 7, 2001. The return of service will soon be filed with the court.

The United States requests that the pretrial conference be reset until at date after the defendant has filed an answer.

Respectfully submitted

BENNETT & WESTON, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

ClibPDF - www.fastio.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all parties on this __13th__ day of __February__, 2001 in accordance with the Federal Rules of Civil Procedure.

_____