4

United States District Court
Southern District of Texas
ENTERED

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF TEXAS

FEB 21 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-00-166 |
| | § | |
| Pedro Manuel Yzaguirre, Jr. | § | |

### ORDER OF CONTINUANCE

Upon the Motion of the United States, the pretrial conference set for February 20, 2001 at

2:00 p.m. is continued until a time to be established by the Court after the defendant files an answer

or other responsive pleading. The pretrial conference has been reset for <u>March 27, 2001, 2:00 p.m.</u>

Signed this <u>16th</u> day of <u>February</u>, 2001, at Brownsville, Texas.

_____
Felix Recio
United States Magistrate Judge

ClibPDF - www.fastio.com