5

United States District Court
Southern District of Texas
FILED

CAB-00-166  FEB 20 2001

Michael N. Milby
Clerk of Court

## RETURN OF SERVICE

| Service of the Summons and Complaint was made by ? | Date 2-7-01 |
|---|---|
| NAME OF SERVER (PRINT) Javier Hernandez | Title Process Server |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served. 106 N. Daniel Salinas Blvd. Donna, Tx.

☐ Left copies at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein. Name of person with whom the summons and complaint were left. _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| Travel | Services | Total |
|---|---|---|

### DECLARATION OF SERVICES

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement Fees is true and correct.

Executed on 2-7-01
Date                    Signature of Server

204 W. Ferguson Suite #108
Address of Server

Pharr, Tx. 78577



DAVE C. ECKSTEIN
MY COMMISSION EXPIRES
February 10, 2002

SUBSCRIBED AND SWORN TO ME
ON THE 7 DAY OF FEB 19 2001

NOTARY PUBLIC