**COPY**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

MAR 1 5 2001

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § | |
| versus | § § | Civil Action B-00-166 |
| Pedro Manuel Yzaguirre, Jr. | § | |

## REQUEST FOR ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the United States of America requests an entry of default against Pedro Manuel Yzaguirre, Jr. in that the defendant has not filed an answer or other responsive pleading in this cause.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## Certificate of Service

I certify that a true copy of the Request for Entry of Default, Entry of Default, Motion for Default Judgment, and the proposed Default Judgment was sent to Pedro Manuel Yzaguirre, Jr. at 4682 Lakeway Dr. Brownsville, TX 78520, by (1) certified mail, return receipt requested, No. 7000 1530 0000 7347 4236, and (2) regular, first class mail on the 12th day of March, 2001.

Case 1:00-cv-00166   Document 6   Filed in TXSD on 03/15/2001   Page 2 of 3

ClibPDF - www.fastio.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| *versus* | § | Civil Action B-00-166 |
| | § | |
| Pedro Manuel Yzaguirre, Jr. | § | |

ENTRY OF DEFAULT

Pursuant to Rule 55(a), FED. R. CIV. PROC., the Clerk of the Court is hereby ordered to make an entry of default against Pedro Manuel Yzaguirre, Jr. in that the said defendant has not filed an answer or other responsive pleading in this cause.

Done this _____ day of _____, 2001, at _____, Texas.

_____
United States Deputy District Clerk

ClibPDF - www.fastio.com