9

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

MAR 2 8 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| VS | * | C.A. NO. B-00-166 |
| | * | |
| PEDRO MANUEL YZAGUIRRE, JR. | * | |

## O R D E R

On March 27, 2001, the Plaintiff telephonically informed the Court that the parties had reached a settlement. An agreed motion to dismiss shall be filed on or before April 27, 2001.

Done at Brownsville, Texas, this 27th day of March 2001.

_____
Felix Recio
United States Magistrate Judge