/0

United States District Court
Southern District of Texas
FILED

APR 0 4 2001

Michael N. Milby
Clerk of Court

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-00-166
§
Pedro Manuel Yzaguirre, Jr. §

## MOTION TO DISMISS

The United States of America moves to dismiss this action without prejudice with the parties bearing their own costs..

The parties have settled their disputes.

Respectfully submitted

BENNETT, WESTON & LaJONE, P.C.

By: _____
J. Michael Weston
Texas Bar No. 21232100
SD Tex. No. 21538
Attorney in Charge
Charles I. Appler
Texas Bar No. 00788995
SD Tex. No. 23055
1750 Valley View Lane, Suite 120
Dallas, Texas 75234
Telephone: (214) 691-1776
FAX: (214) 373-6810
Attorneys for the United States of America

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing pleading was served on all counsel of record on this 2nd day of April, 2001 in accordance with the Federal Rules of Civil Procedure.

_____