*11*

United States District Court
Southern District of Texas
ENTERED

APR 16 2001

Michael N. Milby, Clerk of Court
By Deputy Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS

UNITED STATES OF AMERICA, §
§
versus § Civil Action B-00-166
§
Pedro Manuel Yzaguirre, Jr. §

## ORDER OF DISMISSAL

The United States of America moved to dismiss this action.

This Civil Action is dismissed without prejudice with the parties bearing their own costs.

Signed  April 13, , 2001.

_____
United States District Judge